UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 16-cv-80315-KAM

FRANCES M. DALE,

    Plaintiff,

v.

MARTI'S DELI & CAFÉ, LLC.,
d/b/a MARTI'S DELI & SUBS and
SOUTH FEDERAL INVESTMENTS,
LLC

    Defendants.
_____/

## ORDER

This matter is before the Court on the parties' Corrected Voluntary Joint Stipulation of Dismissal with Prejudice (DE 25). This type of dismissal is self-executing and the Court is divested of jurisdiction. *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012).

It is hereby **ORDERED AND ADJUDGED** that any pending motions are **DENIED AS MOOT** and that the Clerk shall **CLOSE** this case.

**DONE AND ORDERED** in chambers at West Palm Beach, Palm Beach County, Florida, this 21st day of May, 2017.

_____
KENNETH A. MARRA
United States District Judge